UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| THE EXTRADITION OF ) | Case No. 6:22-mj-1815 |
| ) | |
| OMAR ASSAF JUNIOR ) | |

COMPLAINT
(18 U.S.C. § 3184)

I, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1. In this matter, I represent the United States in fulfilling its treaty obligation to Brazil.

2. There is an extradition treaty in force between the United States and Brazil: Treaty of Extradition Between the United States of America and the United States of Brazil, U.S.-Braz., Jan 13, 1961, 15 U.S.T. 2093, *as amended by* Additional Protocol to the Treaty of Extradition of January 13, 1961, Between the United States of America and the United States of Brazil, U.S.-Braz., June 18, 1962, 15 U.S.T. 2112 (collective "the Treaty").

3. Pursuant to the Treaty, the Government of Brazil has submitted a formal request through diplomatic channels for the extradition of Omar Assaf Junior ("Assaf").

4. According to the information provided by the Government of Brazil, Assaf, in proceedings before the Second Specialized Court of the Jury Court of the

District of Curitiba, Paraná, was convicted in 2012 of aggravated homicide, in violation of Article 121, Section 2(III) and (IV) of the Brazilian Penal Code. He was sentenced to sixteen years in prison as a result of this conviction. The First Criminal Chamber of the Court of Appeals of the State of Paraná upheld the conviction and sentence in 2013. The judgment became final on November 6, 2013.

5. The offense was committed within the jurisdiction of Brazil, and Assaf has not yet served any part of his sentence. On December 16, 2013, Judge Daniel Ribeiro Surdi de Avelar of the Second Specialized Court of the Jury Court of the District of Curitiba, Paraná issued a warrant for Assaf's arrest, which remains outstanding.

6. The extradition request presents the following facts as the basis for the conviction and arrest warrant:

a) Assaf was convicted of fatally shooting Thiago Klemtz de Abreu Pessoa ("Klemtz de Abreu Pessoa" or "the victim"), a nineteen-year-old student, on or about August 16, 2009, on a street in Curitiba, Paraná, Brazil. At the time of the shooting, Assaf was employed as a police officer by the Police of the State of Paraná; he was not on duty at the time of the shooting.

b) On or about August 16, 2009, Assaf was in Clube Harmonia, a bar located on Rua Euclides da Cunha, a public street in the Bigorrilho neighborhood of Curitiba. Trial witness Fernanda Lacerda Do Rosario

2

("Lacerda do Rosario") confirmed to authorities that she was with Assaf to Clube Harmonia that night. Assaf admitted to authorities that he had brought his police-issued Taurus model PT 24/P handgun and/or another firearm to Clube Harmonia that night.

c) According to witness Silzeu Jose Dos Santos, who leased Clube Harmonia, patrons were searched before entering Clube Harmonia, and any weapons they carried were kept in a safe while the patrons were in Clube Harmonia and returned to the patron when he or she left.

d) On or about August 16, 2009, witnesses Valdir Dos Santos Souza ("Santos Souza") and Rodolfo Luiz Krause ("Krause") worked at Clube Harmonia as a security guard and waiter, respectively. According to both Santos Souza and Krause, on or about August 16, 2009, a patron who identified himself as a police officer gave his weapon to "Andre," a security guard, before entering Club Harmonia. "Andre" stored the police officer's weapon and returned it to him when the police officer left.

e) According to Lacerda do Rosario, while in the club on the night of August 16, 2009, another patron and acquaintance of hers, Diego Targino Marchiore ("Targino Marchiore"), tried to attack her dance partner. Assaf immobilized Targino Marchiore, and a security guard removed Targino Marchiore from Clube Harmonia.

3

f) Witness Wesley De Souza Jaques Pereira ("Jaques Pereira"), who was a friend of the victim Klemtz de Abreu Pessoa and patron at Clube Harmonia on the night of August 16, 2009, testified at Assaf's trial that he and his friends were waiting outside of the bar after security guards asked them to leave because one of their friends tried to tamper with a lock on one of the bar's refrigerators. Jaques Pereira stated that, even though security guards assaulted at least one member of their group, his group of friends, including the victim, did not react.

g) While waiting outside, Jaques Pereira saw a boy who was bleeding and bruised saying he wanted to fight one of the security guards because he had been assaulted by him. Jaques Pereira told authorities that that boy was not part of his group of friends, but the boy's name was Targino. According to Jacques Pereira, Targino began to punch the security guards, and one of the security guards drew a gun in response. Jaques Pereira told his friends to leave, and they started walking towards a building nearby where one of their friends lived.

h) Jaques Pereira stated that several gunshots were fired shortly thereafter. He testified that the shots did not come from Clube Harmonia but were "certainly" directed at his group and came from the same street towards where his group was walking. He testified he was "certain" that Assaf fired

4

the shots.

i) After hearing the shots, Jaques Pereira, Klemtz de Abreu Pessoa, and another friend headed towards their car. As they were approaching the car, Assaf appeared and began shooting. The three men, including the victim, started running.

j) Jaques Pereira testified that Klemtz de Abreu Pessoa was lagging behind him and their other friend when he heard Klemtz de Abreu Pessoa yell that he had been shot and needed help. Jaques Pereira attempted to return to help Klemtz de Abreu Pessoa, but Assaf began shooting in his direction. Jaques Pereira then hid. Shortly thereafter, Jaques Pereira heard two more gunshots. After some time passed, Jaques Pereira and his friends went to Klemtz de Abreu Pessoa in attempt to rescue him, but he was already deceased. Jaques Pereira testified that he saw two gunshots to the victim – one on his chest and one on his left eyebrow.

k) Jaques Pereira testified that his friend and victim, Klemtz de Abreu Pessoa, bore a resemblance to Targino, who he had seen threatening a security guard outside of Clube Harmonia. Jaques Pereira said he later learned that Targino had allegedly fought with one of Assaf's friends inside Clube Harmonia. Jaques Pereira testified that he believed Assaf had confused Klemtz de Abreu Pessoa with Targino.

l) Targino Marchiore also testified at Assaf's trial and corroborated the testimony of Lacerda do Rosario and Jaques Pereira that he tried to fight the person with whom Lacerda do Rosario was dancing inside Clube Harmonia that night, that Assaf tried to break up the fight by putting him into an arm lock, that security guards escorted him from Clube Harmonia, that he began arguing with a security guard outside of the bar, and that a security guard drew a firearm. Targino Marchiore also testified that he and the victim had a mutual friend, and he bore a resemblance to the victim Klemtz de Abreu Pessoa.

m) Eyewitness Silma Luisa Mattos ("Matos") testified at Assaf's trial that she lived on Rua Euclides da Cunha, near the Clube Harmonia, and was awoken to the sound of gunshots on or around August 16, 2009. She immediately called the police. While she was on the phone, one of her sons, who had also been awakened by gunshots, went to an open window and saw a boy wounded on the ground. Matos then reported to the police that someone had been injured, and then she went to the window. The boy was crying for help, and Matos's son was telling him that they had already called for an ambulance.

n) Matos and her son then saw a young man with a gun walking towards the boy on the ground. The man with the gun said, "Now you will

6

see, man. It's the police. Hands on your head." Matos stated that she heard many voices and saw a friend of the boy who had been shot run away after seeing the perpetrator with a gun in his hands. The boy managed to sit and say, "For the love of God, man, don't kill me." The man fired two shots at the boy, hitting his face and abdomen. Matos also saw the shooter walking away while talking on his cell phone saying, "It's all fucked, dude, it's all fucked."

o) Matos's testimony was corroborated by another eyewitness who lived near the shooting, Ruth Milani Alves ("Milani Alves"). Milani Alves also confirmed to Brazilian authorities that she recognized Assaf as the shooter that night. Another eyewitness, Aristotle Taborda Portela, also identified Assaf as the shooter to Brazilian authorities.

p) According to the Brazilian investigation, Assaf fled the scene of the shooting before police officers arrived to investigate it. He went to a Paraná State Police facility later that day and surrendered his gun.[1] Assaf purpotedly admitted that he fired a gun near a bar in the Bigorrilho neighborhood. Because the gun lacked cartridges when Assaf surrendered it, authorities

---

[1] The extradition request refers to the police facility to which Assaf reported as the headquarters of the Paraná State Police Hospital. The extradition request does not indicate that Assaf needed medical care when he reported to the Parana State Police Hospital. Because the English and Portuguese words for hospital are the same, it is unlikely that translation issues explain the connection between the police facility and hospital.

7

suspected that Assaf tampered with the gun to conceal evidence.[2]

q) Assaf was later brought to the "Homicides Precinct, where he and fourteen witnesses were interviewed by the police. Brazilian authorities issued a warrant for his arrest on August 16, 2009.

r) During a necropsy, three bullets were removed from Klemtz de Abreu Pessoa, who had been hit in the head, thorax and leg. The cause of Klemtz de Abreu Pessoa's death was determined to be gunshot injuries.

s) The forensic findings of the Paraná State Institute of Criminology, published in reports entitled "Lead Residue Examination," "Place of Death Examination," Image Content Analysis" and Firearms and Ammunition Examination" further corroborated the statements of witnesses and Assaf.

t) On September 22, 2009, prosecutors filed a complaint charging Assaf with aggravated homicide for the fatal shooting of Klemtz de Abreu Pessoa to the Specialized Court of the 2nd Jury Court of the Curitiba Metropolitan Region Judicial District. According to Brazil's extradition request, Assaf was served with the complaint by public notice, to which he responded. After hearing the testimony of witnesses, including defense witnesses, and assessing prosecution and defense arguments, including Assaf's argument that he should not be charged with aggravating circumstances, a judge ruled that a jury

---

[2] Assaf was charged with "procedural fraud" because of his alleged tampering with his gun, but he was later acquitted of this charge.

8

should decide whether Assaf committed homicide with aggravating circumstances.

u) Following a jury trial that began on July 24, 2012, Assaf was convicted of homicide with aggravating circumstances related to cruel means and the "employment of resources to prevent the victim's defense." Assaf was sentenced to sixteen years in prison.

v) Assaf's counsel appealed the jury's verdict, arguing that the verdict was contrary to the evidence because "it did not recognize the thesis of voluntary manslaughter." Notably, however, Assaf did not assert that he was not responsible for Klemtz de Abreu Pessoa's death.

w) The final judgement was issued on November 6, 2013, and an arrest warrant based on the sentence was issued on December 16, 2013.

x) The extradition request contains Assaf's fingerprints and several photographs of him, including two that appear to be police booking photos taken on August 17, 2009, one day after Klemtz de Abreu Pessoa was killed.

7. According to information provided by the U.S. Marshals Service Assaf is expected to be found in Kissimmee, Florida, within the jurisdiction of this Court.

8. Amy Lindsay, an attorney in the Office of the Legal Adviser of the U.S. Department of State, has provided the U.S. Department of Justice with a declaration authenticating a copy of the diplomatic note by which the request for extradition was

made and a copy of the Treaty. The declaration states that the offense for which extradition is sought is provided for by the Treaty and confirms that the documents supporting the request for extradition are properly certified by the principal U.S. diplomatic or consular officer in Brazil, in accordance with 18 U.S.C. § 3190, so as to enable them to be received into evidence.

9. The declaration from the U.S. Department of State with its attachments, including a copy of the diplomatic note from Brazil, a copy of the Treaty, and the certified documents submitted in support of the request, (marked collectively as Government's Exhibit 1) are filed with this complaint and incorporated by reference herein.

10. Assaf would be likely to flee if he learned of the existence of a warrant for his arrest.

WHEREFORE, the undersigned requests that a warrant for the arrest of the aforenamed person be issued in accordance with 18 U.S.C. § 3184 and the extradition treaty between the United States and Brazil, so that the fugitive may be arrested and brought before this Court to the end that the evidence of criminality may be heard and considered and that this complaint and the warrant be placed under the seal of the Court until such time as the warrant is executed.

/s/ _____
Shannon Laurie
Assistant United States Attorney

Affidavit submitted to me by reliable electronic means
and attested to me as true and accurate by telephone
or other reliable electronic means consistent with
Fed. R. Crim. P. 4.1 and 41(d)(3), before me.

_____ 8/15/22
Hon. Leslie Hoffman Price
United States Magistrate Judge

11