

# DEFENDANT'S EXHIBIT LIST

D.Ct.No. 6:22-mj-1815
*United States v. Omar Assaf Junior*

____ Government   ____ Plaintiff   __X__ Defendant
____ Joint        ____ Court

| Exhibit Number | Date Identified | Date Admitted | Witness | Description | |
|---|---|---|---|---|---|
| 1 | 11/1/22 | 11/1/22 | | Passport of Mr. Junior | **SEALED** |
| 2 | 11/1/22 | 11/1/22 | | University Degree of Mr. Junior | **SEALED** |
| 3 | 11/1/22 | 11/1/22 | | Character Letters (27) | |
| 4 | 11/1/22 | 11/1/22 | | Mr. Junior's I-589 Application, November 25, 2017 | **SEALED** |
| 5 | 11/1/22 | 11/1/22 | | Transcript of In Removal Proceedings, November 28, 2017 | **SEALED** |
| 6 | 11/1/22 | 11/1/22 | | Index of Exhibits in Support of Mr. Junior's I-589 Application, November 25, 2017 | **SEALED** |
| 7 | 11/1/22 | 11/1/22 | | Oral Decision and Order of the Immigration Judge, November 28, 2017 | **SEALED** |
| 8 | 11/1/22 | 11/1/22 | | Decision of the Board of Immigration Appeals, May 18, 2018 | **SEALED** |
| 9 | 11/1/22 | 11/1/22 | | Individual Service Plan, August 10, 2018 | **SEALED** |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |